UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11-CV-658-H

CHRISTOPHER A. HOLLOWAY                PLAINTIFF

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY           DEFENDANT

**MEMORANDUM OPINION AND ORDER**

    Plaintiff, Christopher A. Holloway, filed this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of an administrative decision of the Commissioner of Social Security, who denied his application for disability insurance benefits. The Court referred the matter to the Magistrate Judge for a report and recommendation. After reviewing the parties' fact and law summaries in the administrative record, the Magistrate Judge concluded that the ALJ erred as a matter of law and recommended that the District Court reverse the Commissioner's decision and remand this matter pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with this opinion. Defendant has not filed any objections to the Magistrate Judge's report.

    The Court has reviewed the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation and agrees with them. Being otherwise sufficiently advised,

    IT IS HEREBY ORDERED that pursuant to 42 U.S.C. § 405(g) this case is REMANDED to the Commissioner for further proceedings consistent with the recommendation of the Magistrate Judge.

    This is a final and appealable order.

cc: Counsel of Record
   Magistrate Judge James D. Moyer